# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

WARD DEAN, M.D.,
    Plaintiff,

vs.                                      3:01cv430/LAC/MD

UNITED STATES OF AMERICA,
    Defendant.

## ORDER

Plaintiff has filed a civil complaint (doc. 1) under 28 U.S.C. §§ 1331 and 1340 (doc. 1) and paid the appropriate filing fee of $150.00. Plaintiff seeks judicial review of a determination of the Internal Revenue Service Office of Appeals made pursuant to 26 U.S.C. § 6330.

Plaintiff is informed that it is his responsibility to formally serve the complaint so that the defendant may be given an opportunity to respond to his allegations. The clerk shall be directed to issue summons so that plaintiff may effect service.

Plaintiff should thoroughly review Rule 4(I) of the Federal Rules of Civil Procedure before attempting service. Some of the necessary addresses may be obtained from the clerk of court.

Accordingly, it is ORDERED:

1. The clerk of court shall forthwith issue a summons for the defendant and deliver the summons to plaintiff, who shall be responsible for prompt service of the summons and complaint.

2. After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for defendant a copy of every pleading or other paper submitted for consideration by the court. The plaintiff shall include with the original

11-14-01 /s/

Dean w/summons

paper to be filed with the clerk of court a "certificate of service" which states the date a correct copy of the paper was mailed to defendant or to the attorney representing the defendant. Any paper submitted for filing after a response to the complaint has been filed by the defendant which does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

DONE AND ORDERED this ___14TH___ day of November, 2001.

*[signature: Miles Davis]*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**