# United States District Court

_____ DISTRICT OF _____

Ward Dean, M.D.

v.

United States Government

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:01 CV 430 LAC/MD

D4 #273
11-13-01
0 915

Jennifer F. Johnson
Civil Process Clerk

TO: (Name and Address of Defendant)

U.S. Attorney
District of Northwest Florida
21 East Garden Street
Pensacola, Florida  32501

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ward Dean, M.D.
Pro Se
8799 Burning Tree Road
Pensacola, Florida  32514
(850) 484-0595

an answer to the complaint which is herewith served upon you, within ___60___ ~~30~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

[FILED 01 DEC 20 PM 2:16 OFFICE OF CLERK U.S. DISTRICT CT. NORTHERN DIST. FLA. PENSACOLA, FLA.]

ROBERT A. MOSSING, CLERK
CLERK

DATE November 8, 2001

S. Simms
BY DEPUTY CLERK

3

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/13/01 | 9:15 am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David Quick | CPS #273 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Government Agency by Serving Jennifer F. Johnson, Civil Process Clerk, with Authorization to Accept Service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0. | 25.— | $25.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/13/01
          Date

Signature of Server: David Quick

Address of Server:
LEGAL PROCESS SERVICE
201 E. Government St
Pensacola, FL 32501
(850) 439-2500