IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WARD DEAN | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil No. 3:01cv430 LAC/MD |
| | )<br>) |
| UNITED STATES OF AMERICA | )<br>) |
| Defendant. | ) |

## ANSWER

The defendant, United States of America, by and through the United States Attorney for the Northern District of Florida, answers the plaintiff's "Complaint for Judicial Review and Appeal of Adverse Collection Due Process Determination" as follows:

### FIRST DEFENSE

This Court lacks subject matter jurisdiction.

### SECOND DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

### THIRD DEFENSE

In response to the numbered paragraphs of the Complaint, the United States responds as follows:

1. Admits.



02 JAN 22 PM 4: 13

FILED



2. Admits that venue is proper in this Court. Denies remainder of plaintiff's allegation.

3. Admits that sovereign immunity is waived under 26 U.S.C. § 6330, but denies that sovereign immunity is waived under 5 U.S.C. § 702.

4. The defendant presently lacks sufficient knowledge or information to either admit or deny this allegation.

5. Denies.

6. Admits that on or about July 1, 2000, the plaintiff was sent a Notice of Intent to Levy along with a form by which plaintiff could request a collection due process hearing. Denies that Exhibit A is a true, accurate, and complete copy of the Notice of Intent to Levy with enclosures. Defendant presently lacks sufficient knowledge or information to either admit or deny the remainder of this allegation.

7. Denies.

8. Admits that the hearing was scheduled for August 29, 2001. Denies the remainder of this allegation.

9. Admits that the United States has the burden of proof with respect to whether the plaintiff is liable for the frivolous filing penalty pursuant to 26 U.S.C. § 6703(a). Denies remainder of this allegation.

10. Denies, but admits that the IRS Hearing Officer determined that "Compliance may pursue the collection of the liability through the issuance of a levy."

11. Denies.

12. Denies.

Wherefore, having answered, the defendant prays that the plaintiff take nothing by his Complaint and for such other and further relief as justice requires.

        THOMAS F. KIRWIN
        United States Attorney

        WENDY YANN
        Virginia Bar No. 40026
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 514-5899
        Facsimile: (202) 514-9868

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 14th day of January, 2002:

>Ward Dean
>8799 Burning Tree Road
>Pensacola, Florida 32514

>Wendy Vann
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-5899