UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                                          CASE NO. 3:01cv430 LAC/MD

UNITED STATES OF AMERICA

**ORDER**

The Clerk has received the **REPORT OF PARTIES' PLANNING MEETING** and has referred it to the undersigned without filing because it has the following deficiencies:

> The first page of the document does not have a bottom margin of at least 2 inches as required by N.D. Fla. Loc. R. 5.1(A.3).

For these reasons, IT IS ORDERED that:

____    The clerk shall return the document to you without filing. You may resubmit the document if you wish after correcting the above deficiencies.

____    The clerk shall file the document but the court will not consider it until you have corrected the above deficiencies.

_X_     The clerk shall file the document but no further pleadings will be accepted unless they comply with N.D. FL Local Rules.

____    OTHER

DONE and ORDERED this 10th day of Mar, 2002.

_____
LACEY A. COLLIER
UNITED STATES DISTRICT JUDGE

Entered On Docket: 3-11-02   By: ab
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:

Document No. 6