IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WARD DEAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:01cv430 LAC/MD |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

DISCLOSURES OF THE UNITED STATES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

The defendant, United States of America, by and through its undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, makes the following initial disclosures:

A.  <u>Individuals likely to have discoverable information that the United States may use to support its defense</u>:

In addition to the named plaintiff, the following individuals may have discoverable information relevant to any disputed facts:

Edward E. Easterling
Appeals Team Manager
Internal Revenue Service
Appeals Office
801 Tom Martin Drive, Suite 237
Birmingham, Alabama 35211
Regarding Collection Due Process Hearing determination

Daniel L. Shirah
Internal Revenue Service
Appeals Office
801 Tom Martin Drive, Suite 237
Birmingham, Alabama 35211
(205) 912-5440
Regarding Collection Due Process Hearing determination







B. <u>Documents in defendant's control that the United States may use to support its defense</u>:

Documents that the United States may use to support its defense include those documents provided in conjunction with this disclosure as well as Appeals Officer's workpapers and tape recording of Collection Due Process Hearing.

C. <u>Damages</u>:  Not applicable.

D. <u>Insurance agreements</u>:  Not applicable.

<div style="margin-left: 50%;">

THOMAS F. KIRWIN
United States Attorney

_/s/ Wendy Vann_____
WENDY VANN
Virginia Bar No. 40026
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-5899
Facsimile: (202) 514-9868

</div>

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Disclosures of the United States Pursuant to Federal Rule of Civil Procedure 26(a)(1) has been made upon the following by sending a copy by federal express in the United States mail, postage prepaid, this 7th day of March, 2002:

>Ward Dean
>8799 Burning Tree Road
>Pensacola, Florida 32514

>*(signature)*
>Wendy Vann
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-5899