IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WARD DEAN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No. 3:01cv430 LAC/MD |
|  | ) |
| UNITED STATES OF AMERICA | ) |
|  | ) |
| Defendant. | ) |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE
DEFENDANT'S MOTION FOR SUMMARY JUGMENT

COMES NOW Plaintiff Ward Dean, M.D., pursuant to F.R.C.P. Rule 6(b), to move this Court for an enlargement of time to respond to Defendant's Motion for Summary Judgment. As grounds for this motion Plaintiff pleads excusable neglect. Plaintiff travels extensively in his line of work and was away from home at the time of arrival of Defendant's Motion for Summary Judgment. Plaintiff moves the Court to grant an enlargement of time of until and including the 28th day of May. This is a request for five days as of the date of this motion. This motion is not for purposes of delay, nor will it prejudice any party to this action.

Plaintiff has conferred with counsel for the defendant and counsel does not object to this motion.

Respectfully submitted,

_____
Ward Dean, M.D.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2002 MAY 22 AM 12: 07

FILED

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a true copy of the foregoing was sent by United States mail this 22 day of May, 2002 to:   Wendy Vann, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 14198, Ben Franklin Station, Washington, D.C.  20044

_____
Ward Dean, MD
8799 Burning Tree Road
Pensacola, Florida  32514
(850) 484-0595