IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| WARD DEAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:01cv430 LAC/MD |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO
CONDUCT DISCOVERY

COMES NOW Plaintiff, Ward Dean, M.D., pursuant to F.R.C.P. Rule 6(b), to move this Court for an enlargement of time in which to conduct discovery. As grounds for this motion Plaintiff pleads ignorance of the process at the outset of this action. In addition, Plaintiff travels extensively in his work, and was absent from home for over three weeks during which time Defendant's response was received. Plaintiff respectfully reminds the Court that he is not represented by counsel and is practicing for the first time as a pro se litigant. Plaintiff has since educated himself as to some of the many nuances and tools available to him in discovery. Plaintiff has learned that the time agreed to with counsel for the Defendant was wholly inadequate in which to conduct discovery and, if need be, have a Motion to Compel Discovery heard. Plaintiff moves the Court to grant an enlargement of time of until and including the 1st day of September of 2002. This is a request for three months and ten days as of the date of this motion. This motion is not for purposes of delay, nor will it prejudice any party to this action.



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2002 MAY 23 AM 12: 07



FILED

      Plaintiff has conferred with counsel for the Defendant and counsel objects to this motion, although counsel does not object to a Stay of Discovery pending resolution of Defendant's Motion for Summary Judgement.

Respectfully submitted,

_____
Ward Dean, M.D.
8799 Burning Tree Road
Pensacola, Florida  32514
(850) 484-0595

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a true copy of the foregoing was sent by United States mail this 22— day of May, 2002 to:   Wendy Vann, Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 14198, Ben Franklin Station, Washington, D.C.  20044

_____
Ward Dean, MD

2