UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                                    CASE NO. 3:01cv430 LAC/MD

UNITED STATES OF AMERICA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on May 24, 2002
Motion/Pleadings: MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Filed by PLAINTIFF    on 5/22/02    Doc.# 15
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
  X   Unopposed    _____ Consented

SHEILA HURST-RAYBORN, ACTING CLERK

    2
LC (1 OR 2)                          Deputy Clerk: Lynn Uhl

## ORDER

Upon consideration of the foregoing, it is ORDERED this 29th day of May, 2002, that:
(a) The relief requested is GRANTED/~~DENIED~~.
(b) _____

_____
LACEY A. COLLIER
United States District Judge

Entered On Docket: 5-30-02 By /LU
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Dean + Vann

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

02 MAY 30 AM 10: 21

FILED

Document No.