IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| WARD DEAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:01cv430 LAC/MD |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## OPPOSITION TO "PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO CONDUCT DISCOVERY"

The United States opposes plaintiff's request for additional time in which to conduct discovery. In support of its opposition, the United States states the following:

Plaintiff has brought this action, under 26 U.S.C. § 6330, to appeal an IRS administrative determination that it is appropriate for the IRS to take action to collect the frivolous filing penalty assessed against the plaintiff with respect to the tax year 1997, in the amount of $500. The IRS assessed this frivolous filing penalty against the plaintiff with respect to the tax year 1997 because he had filed a "zero" return for that year – a return upon which he alleged incorrectly that he had no taxable income and owed no taxes.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2002 JUN -4  AM 10: 0_

FILED

20

The parties agreed to a discovery cut-off date of May 23, 2002. Plaintiff made his request to extend discovery on May 22, 2002, one day before the close of discovery in this case. Plaintiff had approximately three months in which to conduct discovery. This was ample time. Plaintiff served interrogatories, requests for production of documents, and requests for admission. The United States responded to these discovery requests on or about April 26, 2002, and April 28, 2002. Almost a month has passed and the plaintiff now seeks further discovery and an opportunity to bring a possible motion to compel.

Further, as evidenced by plaintiff's complaint and attachments thereto, it appears that plaintiff seeks to raise meritless tax protest arguments before this Court which will waste additional government time and resources. Further delay in this case merely serves to delay collection of the tax liability at issue, the frivolous filing penalty assessed against the plaintiff.

Finally, the United States has submitted a motion for summary judgment which it believes will dispose of all issues in this case. In that event, further discovery requests and the plaintiff's potential motion to compel will prove to be a waste of the parties' and the court's time.

For the foregoing reasons, the United States respectfully requests that this Court deny plaintiff's motion to enlarge the time in which to conduct discovery. In the alternative, the United States would request that this Court hold the motion in abeyance until it has ruled on the United States' summary judgment motion.

        THOMAS F. KIRWIN
        United States Attorney

        WENDY VANN
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 514-5899

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Opposition to "Plaintiff's Motion For Enlargement of Time in Which to Conduct Discovery" has been made upon the following by sending a copy by federal express in the United States mail, postage prepaid, this 3rd day of June, 2002:

>Ward Dean
>8799 Burning Tree Road
>Pensacola, Florida 32514

>/s/ Wendy Vann
>Wendy Vann
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 14198
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 514-5899