UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS                                                                CASE NO. 3:01cv430 LAC/MD

UNITED STATES OF AMERICA

REFERRAL AND ORDER

Referred to Judge Lacey Collier on May 24, 2002
Motion/Pleadings: MOTION FOR ENLARGEMENT OF TIME TO CONDUCT DISCOVERY UNTIL AND INCLUDING SEPTEMBER 1, 2002
Filed by PLAINTIFF                         on 5/22/02                Doc.# 16
RESPONSES:
                                                                on                        Doc.#
                                                                on                        Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed        _____ Consented

SHEILA HURST-RAYBORN, ACTING CLERK

____2____
LC (1 OR 2)                                Deputy Clerk: Lynn Uhl

# ORDER

Upon consideration of the foregoing, it is ORDERED this **7th** day of **June**, 2002, that:

(a) The relief requested is ~~GRANTED~~ DENIED.
(b) ___ The Initial Scheduling Order stated: "No extension of time will be granted except for good cause and upon showing of diligence during the initial discovery period." Diligence during the preceding four months has not been shown, nor has good cause been offered justifying the requested extended discovery period as the case seems neither complex or novel.

LACEY A. COLLIER
United States District Judge

Entered On Docket: 6-7-02   By: /s/
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: Lan
                Larp

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

02 JUN -7 PM 2:28

Document No. 1/

FILED