UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARD DEAN

VS   CASE NO. 3:01cv430 LAC/MD

UNITED STATES OF AMERICA

JUDGMENT

This action came before the Honorable Lacey A. Collier and a decision has been rendered.

Judgment is hereby entered in favor of Defendant, UNITED STATES OF AMERICA.

Plaintiff, WARD DEAN, shall take nothing by this action and goes without day.

WILLIAM McCOOL, CLERK OF COURT

_October 24, 2002_
DATE

Deputy Clerk: Lynn Uhl

Entered On Docket: _10-24-02_   By: _[signature]_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No. 23

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

02 OCT 24 PM 12: 22

FILED